IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:02CR377 |
| v. | ) | |
| CHARITAIGHE DEE STUART, | ) | REASSIGNMENT ORDER |
| Defendant. | ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned from District Judge Thomas M. Shanahan to District Judge Joseph F. Bataillon for all dispositive matters.

DATED this 5th day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE